# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melanie Smith for minor J.L., | ) Case No.: CV 16-02358 SS |
| Plaintiff, | ) Hon. Suzanne H. Segal, Magistrate Judge<br>) Courtroom 590 (Roybal Fed. Bldg.) |
| vs. | ) |
| | ) [*Complaint Filed: 04/06/2016*] |
| LAUSD AND EMPLOYEES Annie Won (Teacher), Mrs. Trejo (Teacher), Mrs. Aiello (Vice Principle), And other employees, | ) **JUDGMENT ON JURY VERDICT** |
| | ) Trial: 02/12/2018 |
| Defendants. | ) |

1

This action came on regularly for trial from February 12, 2018 to February 21, 2018, in Courtroom 590, the Honorable Suzanne H. Segal presiding. Clifton W. Albright and Jamie E. Wright of the law firm Albright, Yee & Schmit, APC tried the action on behalf of their clients Defendants Los Angeles Unified School District, Annie Won, Jennifer Trejo, Sara Aiello and John Vladovic. Mike McLachlan and Kevin Conlogue tried the case on behalf their client Plaintiff J.L. by and through his guardian ad litem Melanie Smith.

A jury of 8 persons was regularly impaneled and sworn and agreed to try the cause. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a special verdict.

After deliberation, on February 21, 2018, the jury returned to court with its special verdict submitted to the jury and the answers given thereto by the jury, which verdict was in favor of Defendants Los Angeles Unified School District, Annie Won, Jennifer Trejo, Sara Aiello, and John Vladovic as to all claims in Plaintiff's Complaint against all Defendants.

It appearing by reason of the jury's special verdict that Defendants Los Angeles Unified School District, Annie Won, Jennifer Trejo, Sara Aiello, and John Vladovic are entitled to judgment against Plaintiff,

NOW THEREFORE, IT IS ADJUDGED AND ORDERED that Judgment shall be entered in favor of Defendants Los Angeles Unified School District, Annie Won, Jennifer Trejo, Sara Aiello, and John Vladovic and against the Plaintiff, J.L. by and through his *guardian ad litem* Melanie Smith.

IT IS FURTHER ADJUDGED AND ORDERED that Plaintiff shall have and recover nothing in this action by reason of his Complaint, and the entire action is dismissed with prejudice.

DATED: March 5, 2018

/S/

Hon. Suzanne H. Segal, Magistrate Judge
United States District Court